UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARY ELLEN GIBBS,

                      Plaintiff,

    -against-

RIVER SPRING HEALTH HOME CARE, *a Division of*
*Hebrew Home at Riverdale*; and LOCAL 1199,
SERVICE EMPLOYEES INTERNATIONAL UNION,

                      Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC 17 2019

ORDER

19 Civ. 4229 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Defendant Local 1199, Service Employees International Union's motion to dismiss Plaintiff's First Amended Complaint, ECF No. 27, and Defendant River Spring Health Home Care's motion to dismiss the First Amended Complaint, ECF No. 29, are GRANTED .

Plaintiff may seek leave to file a Second Amended Complaint by letter application with a proposed Second Amended Complaint attached.

The Clerk of Court is directed to close the motion at ECF Nos. 27 and 29 and accordingly.

Dated: New York, New York
       December 17, 2019

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge