UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
MARY ELLEN GIBBS,

                    Plaintiff,

   -against-

RIVER SPRING HEALTH HOME CARE, *a Division of*
*Hebrew Home at Riverdale*; and LOCAL 1199,
SERVICE EMPLOYEES INTERNATIONAL UNION,

                    Defendants.
------------------------------------- x

ORDER

19 Civ. 4229 (GBD)

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated in the July 27, 2020 Memorandum Decision and Order, (ECF No. 45), and the parties stipulation withdrawing the appeal, (ECF No. 51), the Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: New York, New York
       June   , 2019
       **JUN 2 1 2022**

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE